Kenneth A. Plevan
Limor Robinson
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Plaintiff Citigroup Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CITIGROUP INC.,                                   :

                     Plaintiff,   :

        - against -                    :   08 Civ. _____ (___)

                                   :

VDN SYSTEMS, INC.;
CITI.NET, INC.; and                               :
TRUC V. TRAN,
also known as CURT TRAN,       :

                Defendants.  :
                                   x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RULE 7.1 STATEMENT OF PLAINTIFF CITIGROUP INC.

JUDGE STEIN

08 CV 7527

RECEIVED
AUG 26 2008
U.S.D.C. S.D.N.Y.
CASHIERS

OFFICE COPY

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff Citigroup Inc. ("Citigroup") hereby certifies that the following are corporate parents, affiliates and/or subsidiaries of Citigroup, which are publicly held.

1. Citigroup has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Citigroup is affiliated with the Student Loan Corporation, the stock of which is publicly traded.

Dated: August 26, 2008
New York, New York

By: _____
Kenneth A. Plevan
Kenneth.Plevan@skadden.com
Limor Robinson
Limor.Robinson@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Plaintiff
Citigroup Inc.